JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
  Social Security Administration
  Office of the General Counsel
  Office of Program Litigation, Division 7
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4830
     Facsimile: (415) 744-0134
     E-mail: marla.letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LATOYA LOUISE DENISE TYSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>  Commissioner of Social Security,<br><br>  Defendant. | CASE 2:24-cv-04569-AGR<br><br>[PROPOSED] JUDGMENT OF REMAND |

[PROPOSED] JUDGMENT                              CASE NO. 2:24-cv-04569-AGR

Based upon the parties' Stipulation for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment, IT IS ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.

Dated: November 27, 2024

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] JUDGMENT                                              CASE NO. 2:24-cv-04569-AGR