UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA LOUISE DENISE TYSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:24-cv-04569-AGR<br><br>~~(PROPOSED)~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: February 24, 2025

　　　　　　　　　　　　　　*Alicia G. Rosenberg*
　　　　　　　　　　　　　　THE HONORABLE ALICIA G. ROSENBERG
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
3 |     /s/ *Steven G. Rosales*
4 | BY: _____
         Steven G. Rosales
5 |      Attorney for plaintiff Latoya Louise Denise Tyson